**In The**

***Court of Appeals***

***Ninth District of Texas at Beaumont***

_____

**NO. 09-22-00427-CV**

_____

**MARK ALAN FINKENBINER, Appellant**

**V.**

**DWIGHT BIRDWELL, Appellee**

---

**On Appeal from the County Court**
**Hardin County, Texas**
**Trial Cause No. 7745**

---

**MEMORANDUM OPINION**

Mark Alan Finkenbiner, Appellant, and Dwight Birdwell, Appellee, jointly filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The parties to the appeal filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 7, 2023
Opinion Delivered June 8, 2023

Before Golemon, C.J., Horton and Wright, JJ.